

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00009-CR

JAMES CHARLES BEDREE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 23,626-B, Honorable John B. Board, Presiding

July 14, 2014

# ORDER

**Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.**

Appellant James Charles Bedree appeals from his conviction for indecency with a child. On July 10, 2014, we received a motion to withdraw from appellant's counsel wherein he stated that appellant had not completed payment of attorney's fees. On June 26, 2014, we abated the cause in response to the court reporter's request for an extension of time to file the record due to non-payment of the record. In our abatement opinion we directed the trial court to determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent;

3. whether appellant is entitled to a free record.

We, now, direct the trial court to include the following items to be determined at the abatement hearing:

4. whether appellant is entitled to appointed counsel and, if so,

5. whether retained counsel should be appointed.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by July 28, 2014. Should further time be needed to perform these tasks, then same must be requested before July 28, 2014. Furthermore, the motion to withdraw is denied at this time.

It is so ordered.

Per Curiam

Do not publish.